**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABELARDO PEREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 14-01106-MAN<br><br>ORDER OF DISMISSAL |

In accordance with the Stipulation For Dismissal, which was filed on March 5, 2015, and subparagraphs (A)(ii) and (B) of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.  IT IS SO ORDERED.

DATE: March 6, 2015

_/s/ Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-